```
____ FILED     ____ ENTERED
____ LOGGED    ____ RECEIVED

1:42 pm, Jun 25 2020
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY  TTS         Deputy
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR WARRANTS AUTHORIZING: | * * * * * |
| THE SEARCH OF INFORMATION ASSOCIATED WITH TARGET EMAIL-1, FURTHER IDENTIFIED IN ATTACHMENT A-1 | Case No. TMD-19-3738 * * Case No. TMD-19-3739 * * **FILED UNDER SEAL** |
| THE SEARCH OF INFORMATION ASSOCIATED WITH TARGET EMAIL-2, FURTHER IDENTIFIED IN ATTACHMENT B-1 | * * * * |

**\*\*\*\*\*\*\***

## MOTION FOR PARTIAL UNSEALING OF
## CERTAIN SEARCH WARRANT MATERIALS FOR LIMITED PURPOSE

The United States of America by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Dana J. Brusca, Assistant United States Attorney for said District, hereby moves this Court in the above-captioned matters to unseal the Search Warrants, Search Warrant Applications, and any Attachments thereto (together, the "Materials") for the limited purpose of providing these Materials (or, in the Government's discretion, redacted versions of these Materials) to the users of Target Email-1 and Target-Email 2, and their respective legal counsel.

Although investigation is ongoing, the information obtained pursuant to execution of the above-captioned warrants are believed to contain potentially privileged information. The Government needs to have the ability to share the Materials, or redacted versions thereof, with the users of Target Email-1 and Target-Email 2 in discussions regarding a protocol for review of the items seized. However, as to all others, the Government requests the Materials remain sealed.

The Government further requests that the Affidavit in support of the Search Warrants and this motion and order remain sealed as to all parties.

WHEREFORE, it is respectfully requested that the Government's Motion for Partial Unsealing of Certain Search Warrant Materials for Limited Purpose be granted, and that this Motion and the Court's Order hereon remain sealed.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____
Dana J. Brusca
Assistant United States Attorney

It is so ORDERED, this __25__ day of June, 2020.

_____
Thomas M. DiGirolamo
United States Magistrate Judge